



MICHAEL P. DACQUISTO
Bankruptcy Trustee
P.O. BOX 992631
REDDING, CA 96099-2631
(530) 244-6267

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

In re:

THE CASCADE SCHOOL

Debtor(s)

Case No. 04-26111-B-7

NOTICE OF UNCLAIMED DIVIDENDS

TO THE CLERK, UNITED STATES BANKRUPTCY COURT:

Please find attached hereto checks as follows:

#160 for $1466.59

#161 for $1466.59

#162 for $347.00

#163 for $357.25

#164 for $357.26

#165 for $84.52

These amounts represent the total amount of unclaimed dividends in the above-captioned estate, which will create a zero balance in the bank account. Said sums are paid over to you pursuant to Bankruptcy Rule 3011. The name(s) and address(es) of the claimants entitled to said unclaimed dividends are as follows:

| Claim # | Name & Address of Claimant | Claim Amount | Dividend Amount |
|---|---|---|---|
| 11 | GARY SIGLER<br>203 OAKVIEW DR<br>HERMITAGE, PA 16148 | $2225.00 | $1466.59 |
| 22 | LOUIS MARIE BARNES<br>382 VICTORIA BAY<br>ALAMEDA, CA 94502 | $2225.00 | $1466.59 |

Page 2

| # | Claimant | Amount | Dividend |
|---|---|---|---|
| 29 | JILL BOYLE<br>P O BOX 14001<br>PMB 273<br>KETCHUM ID 83340 | $526.43 | $347.00 |
| 11A | GARY SIGLER<br>203 OAKVIEW DR<br>HERMITAGE, PA 16148 | $24025.00 | $357.25 |
| 22A | LOUIS MARIE BARNES<br>382 VICTORIA BAY<br>ALAMEDA, CA 94502 | $645.77 | $357.26 |
| 29A | JILL BOYLE<br>P O BOX 14001<br>PMB 273<br>KETCHUM ID 83340 | $431.52 | $84.52 |
| | *Total Unclaimed Dividends:* | | $4079.21 |

Dated: December 7, 2009

S/ Michael P. Dacquisto
MICHAEL P. DACQUISTO, Bankruptcy Trustee