

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF CALIFORNIA

FILED
10 FEB 26 AM 9:37
CLERK, U.S. BANKRUPTCY CT.
EASTERN DIST. OF CA.
SACRAMENTO, CA.

In Re: THE CASCADE SCHOOL

Case Number: 04-26111 TH

Debtor(s).

**APPLICATION FOR PAYMENT OF UNCLAIMED FUNDS**

1. On 12/09/09 [dates], a check in the amount of $ 1466.59 & 357.26 belonging to "LOUSI MARIE BARNES" (sic) [name of original creditor/claimant]] was tendered to the Clerk of the above-entitled Court by the case trustee as unclaimed funds for claim(s) numbered: 22 & 22A

2. The funds so tendered were deposited with the United States Treasury by the Clerk and remain unclaimed.

3. Applicant alleges that the following person or entity is the owner of the funds described in paragraph 1 [provide name, address and telephone number]:

   LOUIS BARNES        MARIE BARNES
   1100 Santa Clara Ave.   919 Central Ave. #C
   Alameda, CA 94501   Alameda, CA 94501

   (415) 977-5672        (510)522-1734

4. The original disbursement was not presented for payment because [specifically state the reason and include a brief history of the creditor/claimant from the filing of the claim to the present. Attach supporting documentation]:
Change of address. Please see Certified Declarations attached.

5. Applicant represents that the alleged owner is entitled to receive the requested funds, has made sufficient inquiry and has no knowledge that any other party may be entitled to, and is not aware of any dispute regarding, the funds at issue based upon the following [check the statement(s) that apply]:

   [✓] a. The alleged owner is the creditor/claimant named in paragraph 1 and the owner of the funds appearing on the records of this Court, as evidenced by the attached documents.

   [ ] b. The alleged owner is the assignee of the creditor/claimant named in paragraph 1, or the assignee's representative, as evidenced by the attached documents.

   [ ] c. The alleged owner is the successor-in-interest of the creditor/claimant named in paragraph 1, or the successor-in-interest's representative, as evidenced by the attached documents establishing chain of ownership.

   [ ] d. The alleged owner is the estate of the deceased creditor/claimant named in paragraph 1, as evidenced by the attached certified copies of death certificate and other appropriate probate documents.

   [ ] e. Subparagraphs (a) through (d) above do not apply. As evidenced by the attached documents, the alleged owner is:

| In Re: THE CASCADE SCHOOL | CASE NUMBER: 04-26111 TH |
|---|---|

6. Applicant is *[check the statement that applies]*:

☐ a. The alleged owner of the funds. Attach the appropriate *Identification Form for Unclaimed Funds.*

☐ b. A duly authorized corporate officer (if a corporation) or a general partner (if a partnership) and is the representative of the alleged owner of the funds. Attach the appropriate *Identification Form for Unclaimed Funds.*

☐ c. The representative of the estate of a deceased alleged owner of the funds. Attached certified copies of probate documents which substantiates applicant's right to act on behalf of the decedent's estate.

☑ d. The attorney in fact for the alleged owner of the funds authorized by the attached notarized, original Power of Attorney to file this application on behalf of the alleged owner.

☐ e. An attorney representing the interests of the owner of the funds with authority to receive such funds, as evidenced by the attached notarized original Power of Attorney.

7. I understand that, pursuant to 18 U.S.C. § 152, I shall be fined not more than $5,000, or imprisoned not more than five years, or both, if I have knowingly and fraudulently made any false statements in this document or accompanying supporting documents. I further understand that any indications of fraud detected by the Court will be turned over to the U. S. Attorney for possible prosecution.

8. A copy of this completed application (with all supporting documentation) was mailed to the following on *(date):* 2-20-10

| (US Attorney) | (Owner of the funds) | | (Other) |
|---|---|---|---|
| United States Attorney | LOUIS BARNES | MARIE BARNES | |
| 501 I Street, 9th Floor | 1100 SANTA CLARA AVE. | 919 CENTRAL AVE. #C | |
| Sacramento, CA 95814 | ALAMEDA, CA 94501 | ALAMEDA, CA 94501 | |

WHEREFORE, applicant prays for an order directing the Clerk of the above-entitled Court to pay said tendered money to the applicant.

I declare (or certify, or verify, or state) under penalty of perjury under the laws of the United States of America, that the foregoing statements and information are true and correct:

Dated: 2-20-10

Applicant's Signature

AL MELONE, for ASSET RECOVERY TRUST
Applicant's Name Typed or Printed

P.O. BOX 4296
Applicant's Address

COSTA MESA, CA 92628

( 714 ) 546-8100
Applicant's Telephone Number

| In Re: THE CASCADE SCHOOL | CASE NUMBER: 04-26111 TH |
|---|---|

STATE OF California, COUNTY OF Orange

On Feb. 20, 2010 before me, personally appeared (insert name and title of signer) Al Melone only

personally known to me (or proved to me on the basis of satisfactory evidence) to be the person(s) whose name(s) is/are subscribed to the written instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument. WITNESS my hand and official seal.

_____
Notary Public

(SEAL)

My commission expires on 08/13/2010

[Notary seal: CORALEE PRETTYMAN, COMM. 1681426, NOTARY PUBLIC, CALIFORNIA, ORANGE COUNTY, MY COMMISSION EXPIRES AUGUST 13, 2010]

---

**FOR COURT USE ONLY**

File and documents reviewed by _Karen Cesario_ on 2/26/10

..................................................................................................................

I have carefully reviewed this application and all supporting documents and recommend to the Court that this application be approved.

_Karen Cesario_                                                 2/26/10
Financial Administrator, U.S. Bankruptcy Court              Date

EDC 3-950 (Rev. 1/25/02)        Application for Payment of Unclaimed Funds – Page 3 of 3

# DECLARATION

Co-creditors Louis Barnes and Marie Barnes, of case 04-26111, are presently divorced, they used to live together at 382 Victoria Bay in Alameda, CA, they are presently located at 1100 Santa Clara Ave., in Alameda and 919 Central Ave. #C in Alameda, respectively, and their current phone numbers are 415-977-5672 and 510-522-1734, respectively.

I have spoken with both of them at the above phone numbers to positively ascertain their identities and their right to the unclaimed dividend.

I certify under penalty of perjury under U.S. Law that the foregoing is true and correct.

DATED  2-25-10     SIGNED _____

NAME  AL MELONE, for ASSET RECOVERY TRUST, attorney in fact for Louis Barnes and Marie Barnes

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

IN RE: THE CASCADE SCHOOL )
)
) CASE NO: 04-26111 IH
)
) INDIVIDUAL IDENTIFICATION
) FORM FOR UNCLAIMED FUNDS
DEBTOR(S). )

I, LOUIS and MARIE BARNES, hereby allege that I am the owner of unclaimed funds deposited with the court in the above-named case and request payment of my unclaimed funds.

| | | |
|---|---|---|
| Name | LOUIS BARNES | MARIE BARNES |
| Current Phone No. | (415) 977-5672 | 510-522-1734 |
| Social Security No. | ███-2207 | |
| Previous Mailing Address | 382 Victoria Bay | 382 Victoria Bay |
| | Alameda, CA 94502 | Alameda, CA 94502 |
| Current Mailing Address | 1100 Santa Clara Ave. | 919 Central Ave. #C |
| | Alameda, CA 94501 | Alameda, CA 94501 |
| Driver's License No. | ███S851 | |

(Or other State issued Identification No.)_____ (Describe)

Dated: February 11, 2010

_____
Signature of Alleged Owner *

* Attach copy of Driver's License or other State issued Identification. In the case where a "fund locator service" has purchased/been assigned the claim, or purchased the assets of the business originally entitled to the funds, documents evidencing the transfer of claim or documentation which provides proof of the purchase/sale of the assets (such as the contract of sale) must be attached.

STATE OF California, COUNTY OF San Francisco
On February 11, 2010 before me, personally appeared (insert name and title of signer) Louis Barnes.

~~personally known to me~~ (or proved to me on the basis of satisfactory evidence) to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/~~she/they~~ executed the same in his/~~her/their~~ authorized capacity~~(ies)~~, and that by his/~~her/their~~ signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument. WITNESS my hand and official seal.

(SEAL)
ROSA E. LUY
Commission # 1794252
Notary Public - California
San Francisco County
My Comm. Expires Mar 23, 2012

_____
Notary Public

My commission expires on March 23, 2012

To ensure payment to the proper party, please fill out the identification portion of this form and submit together with an Application for Payment of Unclaimed Funds (EDC 3-950) and supporting documentation to:

Financial Administrator
United States Bankruptcy Court
Eastern District of California
501 I Street, Suite 3-200
Sacramento, CA 95814

EDC 3-951 (New 11/01)

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

IN RE: THE CASCADE SCHOOL )
) CASE NO: 04-26111 IH
)
) INDIVIDUAL IDENTIFICATION
) FORM FOR UNCLAIMED FUNDS
DEBTOR(S). )

I, LOUIS and MARIE BARNES, hereby allege that I am the owner of unclaimed funds deposited with the court in the above-named case and request payment of my unclaimed funds.

| | LOUIS BARNES | MARIE BARNES |
|---|---|---|
| Name | LOUIS BARNES | MARIE BARNES |
| Current Phone No. | (415) 977-5672 | 510-522-1734 |
| Social Security No. | | ████-3637 |
| Previous Mailing Address | 382 Victoria Bay | 382 Victoria Bay |
| | Alameda, CA 94502 | Alameda, CA 94502 |
| Current Mailing Address | 1100 Santa Clara Ave. | 919 Central Ave. #C |
| | Alameda, CA 94501 | Alameda, CA 94501 |
| Driver's License No. | | ████7083 |
| (Or other State issued Identification No.) | N/A | (Describe) |

Dated: 2-16-10

*Marie Barnes* (signature)
Signature of Alleged Owner *

* Attach copy of Driver's License or other State issued Identification. In the case where a "fund locator service" has purchased/been assigned the claim, or purchased the assets of the business originally entitled to the funds, documents evidencing the transfer of claim or documentation which provides proof of the purchase/sale of the assets (such as the contract of sale) must be attached.

STATE OF California, COUNTY OF Alameda
On February 16th 2010 before me, personally appeared (insert name and title of signer)
Marie Barnes
personally known to me (or proved to me on the basis of satisfactory evidence) to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument. WITNESS my hand and official seal.

(SEAL)
MAYRA MALINALLI OSORIO
COMM. #1715263
NOTARY PUBLIC - CALIFORNIA
ALAMEDA COUNTY
My Comm. Expires Jan. 7, 2011

Notary Public
My commission expires on 1/7/11

To ensure payment to the proper party, please fill out the identification portion of this form and submit together with an Application for Payment of Unclaimed Funds (EDC 3-950) and supporting documentation to:

Financial Administrator
United States Bankruptcy Court
Eastern District of California
501 I Street, Suite 3-200
Sacramento, CA 95814

EDC 3-951 (New 11/01)

# LIMITED POWER OF ATTORNEY/ DECLARATION

We do hereby grant to ASSET RECOVERY TRUST, our sole true and lawful attorney-in-fact for us and in our name, place and stead, giving unto our attorney-in-fact full power to do and perform, on an exclusive basis, all and every act not constituting the practice of law that we may legally do through an attorney-in-fact, for the following limited purpose and for no other:

    To reclaim, recover, and return unclaimed funds in the amount of **$1,823.85** only, (to be divided equally between Louis Barnes and Marie Barnes) less agreed upon fee, to the co-signatories below.

We do hereby grant our attorney-in-fact every power necessary to carry out the limited purposes for which this limited power of attorney is granted, on an exclusive basis.

This Limited Power of Attorney revokes all previous powers of attorney granted for the purpose of obtaining dividends from this specific bankruptcy case.

**We do hereby declare that we are rightful co-creditors of THE CASCADE SCHOOL, Case 04-26111 TH, that the Trustee's Notice lists us incorrectly as "LOUIS MARIE BARNES," that the enclosed Proof of Claim is a true and correct copy of the original, and that we are entitled to this unclaimed dividend.**

**We certify under penalty of perjury under U.S. Law that the foregoing is true and correct.**

DATED _February 11, 2010_  SIGNED _[signature]_

    NAME _LOUIS BARNES_

    SIGNED _____

    NAME _MARIE BARNES_

---

SUBSCRIBED AND SWORN TO BEFORE ME THIS _____ DAY OF _____, 2010, TO CERTIFY WITNESS MY HAND AND OFFICIAL SEAL.

[SEAL]

NOTARY PUBLIC IN AND FOR
The State of _____
My Commission expires on _____

_see attachment_
_Lisa E. Luy_

# CALIFORNIA JURAT WITH AFFIANT STATEMENT

☒ See Attached Document (Notary to cross out lines 1–6 below)
☐ See Statement Below (Lines 1–5 to be completed only by document signer[s], *not* Notary)

1 _____
2 _____
3 _____
4 _____
5 _____
6 _____

Signature of Document Signer No. 1          Signature of Document Signer No. 2 (if any)

State of California
County of San Francisco

Subscribed and sworn to (or affirmed) before me on this
11th day of February, 2010, by
(1) Louis Barnes,
Name of Signer

proved to me on the basis of satisfactory evidence to be the person who appeared before me (.) (✗)

(and
(2) _____,
Name of Signer

proved to me on the basis of satisfactory evidence to be the person who appeared before me.)

Signature _Rosa E. Luy_
Signature of Notary Public

ROSA E. LUY
Commission # 1794252
Notary Public - California
San Francisco County
My Comm. Expires Mar 23, 2012

Place Notary Seal Above

─────────── OPTIONAL ───────────

Though the information below is not required by law, it may prove valuable to persons relying on the document and could prevent fraudulent removal and reattachment of this form to another document.

**Further Description of Any Attached Document**

Title or Type of Document: LIMITED POWER OF ATTORNEY / DECLARATION

Document Date: February 11, 2010   Number of Pages: 1

Signer(s) Other Than Named Above: _____

RIGHT THUMBPRINT OF SIGNER #1
Top of thumb here

RIGHT THUMBPRINT OF SIGNER #2
Top of thumb here

©2007 National Notary Association • 9350 De Soto Ave., P.O. Box 2402 • Chatsworth, CA 91313-2402 • www.NationalNotary.org   Item #5910   Reorder: Call Toll-Free 1-800-876-6827

## LIMITED POWER OF ATTORNEY/ DECLARATION

We do hereby grant to ASSET RECOVERY TRUST, our sole true and lawful attorney-in-fact for us and in our name, place and stead, giving unto our attorney-in-fact full power to do and perform, on an exclusive basis, all and every act not constituting the practice of law that we may legally do through an attorney-in-fact, for the following limited purpose <u>and for no other</u>:

> To reclaim, recover, and return unclaimed funds in the amount of **$1,823.85** only, (to be divided equally between Louis Barnes and Marie Barnes) less agreed upon fee, to the co-signatories below.

We do hereby grant our attorney-in-fact every power necessary to carry out the limited purposes for which this limited power of attorney is granted, on an exclusive basis.

This Limited Power of Attorney revokes all previous powers of attorney granted for the purpose of obtaining dividends from this specific bankruptcy case.

**We do hereby declare that we are rightful co-creditors of THE CASCADE SCHOOL, Case 04-26111 TH, that the Trustee's Notice lists us incorrectly as "LOUIS MARIE BARNES," that the enclosed Proof of Claim is a true and correct copy of the original, and that we are entitled to this unclaimed dividend.**

We certify under penalty of perjury under U.S. Law that the foregoing is true and correct.

DATED __2-16-10__         SIGNED __N/A__

                                   NAME __LOUIS BARNES__

                                   SIGNED _[signature: Marie Barnes]_

                                   NAME __MARIE BARNES__

---

SUBSCRIBED AND SWORN TO BEFORE ME THIS __16th__ DAY OF __February__, 2010, TO CERTIFY WITNESS MY HAND AND OFFICIAL SEAL.

                                   _[signature: Mayra Osorio]_

                                   NOTARY PUBLIC IN AND FOR

[SEAL]                    The State of __California__

                                   My Commission expires on __1/7/11__

> MAYRA MALINALLI OSORIO
> COMM. #1715263
> NOTARY PUBLIC - CALIFORNIA
> ALAMEDA COUNTY
> My Comm. Expires Jan. 7, 2011



**CASCADE SCHOOL**

*129*
*Paid 12/20/03*
*ck. # 980*
*Lou's Account*

To: Louis & Marie Barnes
    1217 Paru Street
    Alameda, California
    94501

Invoice Date: December 01, 2003

Student: Alyssa Barnes

| | |
|---|---:|
| Previous balance | $5,403.25 |
| Payments on account | $5,403.25- |
| Program services January 2004 | $5,100.00 |
| Program expenses November: | |
|    Allowance 11/17 | $28.00 |
|    Student Store/Necessities | $25.03 |
|    Transportation, Hilltop Med. 10/28 | $50.00 |
|    Transportation, SAT | $50.00 |
|    Fall Semester Misc. Books | $11.11 |
|    Rec. Program Fee; Golf 10/9 & 10/16 | $20.00- |
|    Rec. Program Fee; Golf 10/30 & 11/03 | $125.00 |
| Total expenses | $269.14 |
| Total due | $5,369.14 |



